RECEIVED
DEC 29 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RUTHERFORD JONES<br>LA. DOC #310505 | CIVIL ACTION NO. 6:13-cv-00460 |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| WARDEN BURL CAIN | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** on the merits.

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this 29th day of December, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE